IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN WAYNE HUNGERFORD,

    Plaintiff,

v.                                                                              1:15cv93–WS–GRJ

GAINESVILLE POLICE DEPT.,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed May 29, 2015. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

For the reasons set forth in the report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3.  The clerk shall enter judgment stating: "All claims are dismissed."

4.  The clerk shall note on the docket sheet that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___1st___ day of ___July___, 2015.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE